Marian Segal, Also Known as Marian Seeger, Appellee, v. Louis Feinberg and Benjamin E. Segal, Also Known as B. Edward Seeger, Defendants. Appeal of Louis Feinberg, Appellant.

Gen. No. 41,015. ■

■ Heard in third division, first district, this court at December term, 1939; opinion filed April 10, 1940; rehearing denied April 24, 1940. Julius L. Kabaker, for appellant; Gilruth, Beck & McConnell, for appellee; Alfred Beck and Milton S. Applebaum, of counsel. Opinion by JUSTICE HEBEL. "Not to be published in full."